IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT RAYMOND, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV191 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motion to withdraw filed by Roger L. Shiffermiller, one of the attorneys representing Robert Raymond, (filing no. 7), is granted.

DATED this 17th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge