IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT RAYMOND, | ) |
| | )     4:09CV191 |
| Plaintiff, | ) |
| | ) |
| v. | )     MEMORANDUM AND ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

The plaintiff's complaint was filed on June 12, 2009. More than 120 days have passed, and based on the court's record, the defendant has not been served or entered an appearance. Accordingly,

IT IS ORDERED that the plaintiff is given until October 29, 2009 to show cause why his complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, in the absence of which plaintiff's claims will be dismissed without further notice.

DATED this 20th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge