IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT RAYMOND, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV191 |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon review of the plaintiff's response to the court's order to show cause, (filing no. 12),

IT IS ORDERED that the plaintiff has shown sufficient cause, and this case is not currently subject to dismissal for want of prosecution.

November 9, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge